VICTOR SHERMAN (SBN 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA   90405-2215
(310) 399-3259 (O)
(310) 392-9029 (F)1

Attorney for Defendant
ROBERT JAMES FOX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROBERT JAMES FOX,<br><br>          Defendant.<br>_____ | CASE NO.: CR-S-09-239-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from July 7, 2009 to and including August 25, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare) (Title 18, U.S.C. §3161(h)8)(B)(iv).

DATED: July 7, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT