1  LAWRENCE G. BROWN
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S 09-239-LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ROBERT JAMES FOX, ) | |
| Defendants. ) | |

This matter came before the Court for a status conference on August 25, 2009, Assistant U.S. Attorney Kyle Reardon appeared for Assistant U.S. Attorney Jill M. Thomas representing the United States, David Dratman, Esq. appeared for Victor Samuel, Esq. on behalf of Robert James Fox, Defendant was present and in custody.

The parties agreed to move the Status Conference/Change of Plea to November 17, 2009.  The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

1

**IT IS HEREBY ORDERED:**

1. Status Conference/Change of Plea is set for November 17, 2009, at 9:15 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 17, 2009.

IT IS SO ORDERED

Date:     October 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2