1 BENJAMIN B. WAGNER
United States Attorney
2 JILL M. THOMAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2781

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CR. No. S-09-239-LKK
                                    )
12          Plaintiff,              )
                                    )
13     v.                           ) STIPULATION AND ORDER
                                    ) CONTINUING STATUS/CHANGE OF
14 ROBERT JAMES FOX,                ) PLEA HEARING
                                    )
15          Defendant.              )
                                    )
16 _____  )

17

18

19     On November 18, 2009,the court ordered that a status

20 conference be set for January 20, 2010 in case number CR S 09-

21 239-LKK.

22     Based upon the representations and agreement of all counsel,

23 the parties now ask that the date for the Status/Change of Plea

24 hearing be set for January 26, 2010, and that the time between

25 the November 17, 2009, and January 26, 2010, be excluded from the

26 calculation of time under the Speedy Trial Act.  18 U.S.C. §

27 3161.

28     The exclusion of time is appropriate due to the defense

                              1

counsels' need to prepare.   18 U.S.C. § 3161(h)(8)(B)(ii) and
(iv); Local Code T4.   A continuance is necessary in this case in
order to ensure defense counsel has a reasonable amount of time
to review the evidence and prepare for motions given the
limitations imposed by Congress.   It's also necessary to ensure
defense counsel's effective preparation, taking into account the
exercise of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv); Local
Code T4.

ACCORDINGLY, it is hereby ordered that the status conference
be set for January 26, 2010, at 9:15 a.m., and that the time
beginning November 17, 2009, and extending through January 26,
2010, be excluded from the calculation of time under the Speedy
Trial Act.   The Court finds that the interests of justice served
by granting this continuance outweigh the best interests of the
public and the defendant in a speedy trial.   18 U.S.C. §
3161(h)(8)(A).

IT IS SO ORDERED.


Dated:      January 7, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2