```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00239-LKK |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ROBERT JAMES FOX, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Robert James Fox it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. 853(a), 31 U.S.C. § 5332(c) and 28 U.S.C. § 2461(c), defendant Robert James Fox's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $2,670.00 in U.S. Currency.

2. The above-listed property constitutes proceeds the defendant obtained, directly or indirectly, as a result of a violation of 21 U.S.C. § 841(a)(1), and/or is property involved in a violation of 31 U.S.C. § 5332(a), or is property traceable

1  to such violation.
2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3  designee) shall be authorized to seize the above-listed property.
4  The aforementioned property shall be seized and held by the
5  Department of Homeland Security, Customs and Border Protection,
6  in its secure custody and control.
7      4.  Within forty-five (45) days from entry of a Final Order
8  of Forfeiture forfeiting the above-listed property, the U.S.
9  Customs and Border Protection shall return the following
10 properties to defendant Robert James Fox, less any debt owed to
11 the United States, any agency of the United States, or any other
12 debt which the United States is authorized to collect:
13          a.  Approximately $300.00 in Canadian Currency, and
14          b.  Approximately $100.00 in U.S. Traveler's Check.
15     5.  a.  Pursuant to 21 U.S.C. § 853(n) and 31 U.S.C. §
16 5332(b)(3), and Local Rule 171, the United States shall publish
17 notice of the order of forfeiture.  Notice of this Order and
18 notice of the Attorney General's (or a designee's) intent to
19 dispose of the property in such manner as the Attorney General
20 may direct shall be posted for at least 30 consecutive days on
21 the official internet government forfeiture site
22 www.forfeiture.gov.  The United States may also, to the extent
23 practicable, provide direct written notice to any person known to
24 have alleged an interest in the property that is the subject of
25 the order of forfeiture as a substitute for published notice as
26 to those persons so notified.
27         b.  This notice shall state that any person, other than
28 the defendant, asserting a legal interest in the above-listed

1  property, must file a petition with the Court within sixty (60)
2  days from the first day of publication of the Notice of
3  Forfeiture posted on the official government forfeiture site, or
4  within thirty (30) days from receipt of direct written notice,
5  whichever is earlier.
6      6.  If a petition is timely filed, upon adjudication of all
7  third-party interests, if any, this Court will enter a Final
8  Order of Forfeiture pursuant to 21 U.S.C. 853(a), 31 U.S.C. §
9  5332(c) and 28 U.S.C. § 2461(c) in which all interests will be
10 addressed.
11     SO ORDERED this __4th__ day of __February__, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT