VICTOR SHERMAN (SBN 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA   90405-2215
(310) 399-3259 (O)
(310) 392-9029 (F)1

Attorney for Defendant
ROBERT JAMES FOX

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO.: CR-S-09-239-LKK |
| )  Plaintiff,   ) | |
| )   vs.   ) | ORDER CONTINUING SENTENCING |
| )  ROBERT JAMES FOX,   ) | |
| )   Defendant.   ) | |
| )  _____ ) | |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the sentencing in the above-entitled matter currently scheduled for March 23, 2010 at 9:30 a.m. be continued to April 6, 2010 at 9:30 a.m.

DATED: March 16 , 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1