```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00239-LKK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT JAMES FOX, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on February 4, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. 853(a), 31 U.S.C. § 5332(c) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Robert James Fox forfeiting to the United States the following property:

       a. Approximately $2,670.00 in U.S. Currency.

AND WHEREAS, beginning on February 12, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court

1 within sixty (60) days from the first day of publication of the
2 notice for a hearing to adjudicate the validity of their alleged
3 legal interest in the forfeited property;
4     AND WHEREAS, the Court has been advised that no third party
5 has filed a claim to the subject property, and the time for any
6 person or entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.  A Final Order of Forfeiture shall be entered forfeiting
9 to the United States of America all right, title, and interest in
10 the above-listed property pursuant to 21 U.S.C. 853(a), 31 U.S.C.
11 § 5332(c) and 28 U.S.C. § 2461(c), to be disposed of according to
12 law, including all right, title, and interest of Robert James
13 Fox.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.
16     3.  The Department of Homeland Security, Customs and Border
17 Protection shall maintain custody of and control over the subject
18 property until it is disposed of according to law.
19     4.  Within forty-five (45) days from entry of this Final
20 Order of Forfeiture forfeiting the above-listed property, the
21 U.S. Customs and Border Protection shall return the following
22 properties to defendant Robert James Fox, less any debt owed to
23 the United States, any agency of the United States, or any other
24 ///
25 ///
26 ///
27 ///
28 ///

1  debt which the United States is authorized to collect:
2          a.  Approximately $300.00 in Canadian Currency, and
3          b.  Approximately $100.00 in U.S. Traveler's Check.
4     SO ORDERED this 18th day of May, 2010.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```