HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ROBERT JAMES FOX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>ROBERT JAMES FOX,<br><br>            Defendant. | No.  Cr. S 09-239 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable JOHN A. MENDEZ |

Defendant, ROBERT JAMES FOX by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On April 6, 2010, this Court sentenced Mr. Fox to a term of 97 months on Count I and 60 months as to Count III, to be served concurrently for a total term of 97 months imprisonment;

3.     His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months; however, he received a downward variance;

Stipulation and Order Re: Sentence Reduction                    1

4. The sentencing range applicable to Mr. Fox was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Fox's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Fox's term of imprisonment to a total term of 87 months.

Respectfully submitted,

Dated:  January 30, 2015                         Dated:   January 30, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


 /s/ *Jason Hitt*                                          /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                               Attorney for Defendant
UNITED STATES OF AMERICA                ROBERT JAMES FOX

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Fox is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2010 is reduced to a term of 87 months on Count I, and 60 months as to Count III, to be served concurrently, for a total term of 87 months imprisonment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1 | Unless otherwise ordered, Mr. Fox shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 2, 2015

/s/ John A. Mendez_____

United States District Court Judge