AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00239-JAM   Document 41   Filed 02/04/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:09CR239 -01 JAM |
| ROBERT JAMES FOX | ) | |
| | ) | USM No: 18570-097 |
| Date of Original Judgment: 4/6/2010 | ) | |
| Date of Previous Amended Judgment: | ) | DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   97   months **is reduced to**   87 MONTHS   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   4/12/2010   shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date: 2/4/2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date: 11/1/2015 | JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE |
| *(if different from order date)* | *Printed name and title* |